UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI GODINA,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a Delaware Corporation; and DOES 1 through 100,<br><br>    Defendants. | Case No.  5:18-cv-2641-RGK-KK<br><br>Assigned to: The Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT** |

After taking Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo" or "Defendant") Motion for Summary Judgment, or in the Alternative, Summary Adjudication under submission, on November 25, 2019, the Court granted Wells Fargo's motion in its entirety based on its determination that there was no genuine issue as to any material fact and that Wells Fargo was entitled to judgment as a matter of law on all claims asserted against Wells Fargo.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that judgment is entered in this action as follows:

1. Plaintiff Cheri Godina shall recover nothing from Defendant Wells Fargo Bank, N.A.;

2. Defendant Wells Fargo Bank, N.A. shall have judgment in its favor with respect to Plaintiff Cheri Godina's entire action.

Dated: December 5, 2019

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE